# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11CR12-11 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| KYRON MARLIN, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on December 20, 2016. The Court referred this matter to Magistrate Judge Jonathan D. Greenberg to conduct the appropriate proceedings and to file a report and recommendation. The Magistrate Judge reported that a supervised release violation hearing was held on May 25, 2017. Counsel for the government withdrew Violation No. 1—new law violation. A hearing then proceeded on Violation No. 2—constructive possession of a firearm; and Violation No. 3—constructive possession of a controlled substance.

The Magistrate Judge filed a report and recommendation on May 26, 2017, in which the Magistrate Judge recommended that the Court find that the defendant has violated the conditions of his supervision as to Violation Nos. 2 and 3.

A final supervised release violation hearing was conducted on June 13, 2017. Defendant Kyron Marlin was present and represented by Attorney Mark Mariotti. The United States was represented by Assistant United States Attorney Joseph Pinjuih.

United States Probation Officer Anna Newman was also present at the hearing.

No objections were filed to the report and recommendation of the Magistrate Judge. Upon review, the Court adopts the report and recommendation of Magistrate Judge Greenberg and finds the defendant to be in violation of his terms and conditions of his supervised release as to Violation Nos. 2 and 3. Counsel for the government withdrew Violation No. 1.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a term of twenty-four (24) months.

Upon release from imprisonment, the defendant shall serve a term of supervised release of three (3) years, with the same terms and conditions of supervised release as previously ordered, and with the following additional condition: Cognitive Behavioral Treatment—The defendant must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise the defendant's participation in the program (provider, location, modality, duration, intensity, etc.).

Defendant remanded to the custody of the U.S. Marshal.

**IT IS SO ORDERED**.

Dated: June 13, 2017

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**